IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: Dean Dwight Bryson ) | Case #:19-81889-CRJ-13 |
| xxx-xx-3750 ) | |
| Saharine Deanise Bryson ) | |
| xxx-xx-0004 ) | |
| Debtors ) | Chapter 13 |

OBJECTION TO PROOF OF CLAIM

COME NOW the Debtors in the above styled matter by and through their attorney and object to the following claim designated as claim #29 by this Honorable Court as filed by NRZ Mortgage Holdings LLC:

1. The Debtors' Chapter 13 Plan was filed on June 21, 2019.

2. The Debtors scheduled NRZ Mortgage Holdings LLC as a creditor in this case.

3. NRZ Mortgage Holdings LLC filed a secured claim in the amount of $23,813.01, denoted as claim #29 by this Honorable Court.

4. This claim was secured by a mobile home which is to be surrendered by the Debtors pursuant to the Debtors' proposed Chapter 13 Plan.

5. As such, the Debtors are respectfully requesting that the balance of this claim be disallowed.

WHEREFORE, the Debtors respectfully request that this Honorable Court disallow the balance of proof of claim #29 as filed by NRZ Mortgage Holdings LLC and allow this creditor 60 days from the date of order to file an unsecured deficiency claim.

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE U.S. BANKRUPTCY COURT AND A COPY SERVED ON THE PARTY FILING THIS MOTION AND THE CHAPTER 13 STANDING TRUSTEE WITHIN 30 DAYS FROM DATE OF SERVICE HEREOF UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH A REQUEST FOR A HEARING.  IF NO RESPONSE IS TIMELY SERVED AND FILED, THE OBJECTION TO PROOF OF CLAIM SHALL BE DEEMED TO BE UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT

Respectfully Submitted,

/s/Kathryn V. Davis
Ronald C. Sykstus
Amy K. Tanner
James W. Ezzell, Jr.
Kathryn V. Davis
Attorney for Debtor(s)

OF COUNSEL:
Bond, Botes, Sykstus, Tanner & Ezzell, P.C.
225 Pratt Avenue
Huntsville, Alabama 35801
Telephone:  (256)539-9899
Facsimile:  (256)539-9895

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading upon **NRZ Mortgage Holdings LLC, Attn: Mary Vitartas, Claim Signatory, 6267 Old Water Oak Rd., Ste 203, Tallahassee, FL 32312, NRZ Mortgage Holdings LLC, PO Box 12740, Tempe, AZ 85284-0046 and Michele T. Hatcher, Chapter 13 Trustee**, by depositing a copy of the same in the United States mail, properly addressed and first class postage affixed prepaid on this day of  September            , 2019.

/s/Kathryn V. Davis
OF COUNSEL